been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

**Margaret RANDOLPH,
Movant/Appellant,**

v.

**STATE of Missouri, Plaintiff/Respondent.**

**No. 67346.**

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 14, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 17, 1996.

Application to Transfer Denied
Feb. 20, 1996.

Dave Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General and Breck K. Burgess, Assistant Attorney General, Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL, J., and WHITE, Special Judge.

*ORDER*

PER CURIAM.

Movant appeals the denial of her Rule 24.035 motion for post-conviction relief following an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous; no error of law appears. An extended opinion would have no precedential value. The parties have